FILED
CLERK U.S. DISTRICT COURT
FEB 12 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Vicente Flores-Valdovinos, <br><br> Defendant. | Case No. 10-296 M <br><br> ORDER OF DETENTION AFTER HEARING <br> (Fed.R.Crim.P. 32.1(a)(6) <br> 18 U.S.C. § 3143(a) <br> Allegations of Violations of <br> Probation/Supervised Release <br> Conditions) |

On arrest warrant issued by the United States District Court for the District of Arizona involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (✓) the appearance of defendant as required; and/or

   B. (✓) the safety of any person or the community.

///
///
///
///
///
///

|    |    |    |    |
|----|----|----|----|
| 1  | 2. | The Court concludes: |
| 2  |    | A. | (✓) Defendant has failed to demonstrate by clear and |
| 3  |    |    | convincing evidence that he is not likely to pose |
| 4  |    |    | a risk to the safety of any other persons or the |
| 5  |    |    | community. Defendant poses a risk to the safety |
| 6  |    |    | of other persons or the community based on: |
| 7  |    |    | _instant alleg[ed]_ |

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _illegal immigration status; outstanding warrant; lack of known background/ background resources_

   IT IS ORDERED that defendant be detained.

   DATED: 2/12/10

   _____
   HONORABLE JACQUELINE CHOOLJIAN
   United States Magistrate Judge

2